UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DORON TUCKER,
#13609-509,

       Petitioner,

v.                                  CIVIL ACTION NO. 2:25cv715

J. BIENEMY, WARDEN,
FCC PETERSBURG,

       Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241, submitted by pro se Petitioner Doron Tucker ("Petitioner"). Petitioner alleges that the Bureau of Prisons ("BOP") improperly denied him the ability to earn time credits towards early transfer to a halfway house or home confinement under the First Step Act ("FSA"). He alleges the BOP incorrectly aggregated the time imposed on his multiple convictions, only one of which was for a disqualifying offense. Tucker also moved to have this action expedited. Respondent moved to dismiss the petition, arguing it was barred by binding Fourth Circuit precedent.

The matter was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District

of Virginia.  The Magistrate Judge's Report and Recommendation ("R&R") filed June 2, 2026, (ECF No. 15), recommends granting Respondent's Motion to Dismiss and dismissing the petition with prejudice.  The R&R advised each party of their right to object and the time limit for doing so.  The court has received no objections, and the time for filing objections has now expired.

Accordingly, on review of the matter, the court does hereby accept in full the findings and recommendations set forth in the R&R filed June 2, 2026, and it is therefore **ORDERED** that Respondent's Motion to Dismiss (ECF No. 11) is **GRANTED,** and that Tucker' petition (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE.**  It is further **ORDERED** that the Motion to Expedite (ECF No. 4) is **DENIED.**

**If Petitioner intends to appeal this Final Order, he must within sixty (60) days from the date of this Order file a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.  Frayer v. Warden, FCI Beckley, No. 23-6054, 2023 WL 3268719, at \*1 (4th Cir. May 5, 2023) ("When the United States or its officer or agency is a party in a civil case, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order.").**

2

The Clerk is **DIRECTED** to mail a copy of this Final Order to Petitioner and provide an electronic copy to counsel of record for Respondent.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

July 14, 2026